UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:21-cr-199-MOC-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| JONATHAN CRAIG OTUEL, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on Defendant's Unopposed Motion to Stay Presentence Investigation Report Process. (#59). The motion is **GRANTED**, and the PSR process is stayed until after trial in this matter.

Signed: June 2, 2023

Max O. Cogburn Jr
United States District Judge

1