UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:21-cr-199-MOC

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **JONATHAN CRAIG OTUEL,** | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on the Government's Motion to Redact Transcript (#61).

The Government seeks redactions of positions of testimony contained in the transcript (#51) for Defendant's Rule 11 Plea and Evidentiary Hearing, held on March 13, 2023. The Government has made the request pursuant to Fed. R. Crim. P. 49.1(e)(1), which authorizes the Court to require redaction of certain information for good cause. The Government asserts that the redactions of certain portions of the witness's testimony contained in the transcript are needed because disclosure of the specific testimony would expose sensitive law enforcement processes and procedures to the public.

This Court finds that the Government has shown good cause for the redactions. While the Court has considered the substantial interests of the public and the press in having access to a full transcript of in-court proceedings, the Court notes that the requested redactions are minimal. Redacting the requested portions of the testimony will allow the public to have access to the relevant portions of the witness's testimony and will not infringe on the public's interest in assessing the basis of the Court's decision in this matter. Moreover, restricting public access to

1

only select portions of the transcript is a less restrictive alternative to sealing that provides an adequate record for review and will be narrowly tailored to protect the confidentiality of the information contained in the transcript. Finally, the Court notes that neither Defendant nor the press has interposed any objection. For these reasons, the Court will grant the motion.

## ORDER

**IT IS, THEREFORE, ORDERED** that the government's Motion to Redact Transcript (#61), is **GRANTED** and the Official Court Reporter is instructed to redact the transcript (#51) as requested in the motion.

Signed: July 14, 2023

Max O. Cogburn Jr.
United States District Judge